THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD STIEHLER, Appellant.— In a *coram nobis* proceeding, defendant appeals from an

order of the County Court, Kings County, dated July 28, 1961, which denied, after a hearing, his application to vacate a judgment of said court rendered April 15, 1942 on his plea of guilty, convicting him of robbery in the second degree, unarmed, and imposing sentence upon him as a second felony offender. Order affirmed. No opinion. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.